UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAURA DWIGHT,

                Plaintiff,

-against-

JOHN WILEY & SONS, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No: 1:14-cv-06742 (VSB) (AJP)

Hon. Vernon S. Broderick

Hon. Andrew J. Peck

ECF Case

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that defendant John Wiley & Sons, Inc. is a publicly traded corporation. There is no parent corporation and/or any publicly held corporation owning 10% or more of its stock.

DATED: October 15, 2014        LEVINE SULLIVAN KOCH & SCHULZ LLP

                                      By:   /s/ Robert Penchina
                                            Robert Penchina
                                           Thomas Curley (*pro hac vice*)
                                           Levine Sullivan Koch & Schulz, LLP
                                           321 West 44th Street, Suite 1000
                                           New York, NY 10036
                                           (T): (212) 850-6100
                                           (F): (212) 850-6299
                                           rpenchina@lskslaw.com
                                           tcurley@lskslaw.com

                                         *Attorneys for Defendant John Wiley & Sons, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 15th day of October 2014 caused a true and correct copy of the foregoing **RULE 7.1 STATEMENT** to be filed with the Court and served through the CM/ECF system, which generates an electronic notice of service by email delivery to all counsel of record.

                                                                */s/ Robert Penchina*
                                                                 Robert Penchina