UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LAURA DWIGHT,                                               :
:
                          Plaintiff,                       :
:
             - against -                            :
:
JOHN WILEY & SONS, INC.,                                    :
:
                          Defendant.                       :
:
------------------------------------------------------------X
:
MARK E. GIBSON,                                             :
:
                          Plaintiff,                       :
:                     14-CV-6742 (VSB)
             - against -                            :                     14-CV-6743 (VSB)
:                     14-CV-6744 (VSB)
JOHN WILEY & SONS, INC.,                                    :
:                         ORDER
                          Defendant.                       :
:
------------------------------------------------------------X
:
LOUIE PSIHOYOS,                                             :
:
                          Plaintiff,                       :
:
             - against -                            :
:
JOHN WILEY & SONS, INC.,                                    :
:
                          Defendant.                       :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2015

VERNON S. BRODERICK, United States District Judge:

      Oral argument scheduled for August 26, 2015 at 10:30 a.m. related to the parties'

motions for summary judgment is hereby adjourned *sine die*.  The parties in *Psihoyos v. John*

*Wiley & Sons, Inc.*, 14-CV-6744 are hereby ORDERED to appear for oral argument on their pending motion to dismiss on September 23, 2015 at 10:30 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

  SO ORDERED.

Dated: August 21, 2015
   New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge